STATE of Missouri, Respondent,

v.

**Carl E. THRESHER, Appellant.**

**No. WD 51782.**

Missouri Court of Appeals,
Western District.

Feb. 25, 1997.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appellant appeals his conviction for one count of forcible rape, § 566.030, as a prior and persistent offender, §§ 558.016 and 557.036.4.

Judgment affirmed. Rule 30.25(b).